United States District Court for the Eastern District of Missouri

RECEIVED
MAY 18 2020
BY MAIL

FILED
MAY 18 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Tyrone Hurt
(ee: Haines v. Kerner, 1972)
6120 Georgia Ave. N.W. #101
W.D.C., 20011; (202)893-0397

Civil Action No.

and

U.S. Constitution, (1608-)(1775-) Plaintiff

v.

The American College Dictionary, et. al.,
(ee: Bivens v. Six (6) unknown Narcotics' Agents - (1972))

v.

United States of America

Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1975, U.S.C., Title 28, Section 1339, U.S.C., Title 28, Section 1331 & 1332, U.S.C.

2. I am a citizen of the Residence of the U.S.A.

3. The amount in controversy, exceeds $75,000.00 Dollars, excluding interest, and cost.

4. I demand a trial by a jury on all the issues involved.

### Statement of the Facts of the Case
### Memorandum of Law

1. The Plaintiff, Tyrone Hurt, aro respectfully states that in the year of 1947, 1010 American College Dictionary was ultimately released to the American public, but, 1010 Plaintiff respectfully requests were there any publications of the American College dictionary before, the year of 1947, and if so, whereupon can 1010 Plaintiff obtain a copy, thereto.

### Motion to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

Comes now, Tyrone Hurt the Plaintiff, and respectfully moves the Honorable, U.S. Dist. Ct. for the Eastern District of Missouri, for leave to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. The Plaintiff respectfully states that pursuant to my poverty, that I am unable to pre-pay the fees or cost for the filing of the foregoing complaint, and that said Plaintiff be allowed and permitted to proceed in forma pauperis, pursuant to Title 28, section 1915, U.S.C.

## Memorandum of Law

1. See: U.S. Constitution, (1685)(1785).
See: Title 28, Section 1915, U.S.C., passed by the U.S. Congress & the U.S. for Article III, Section 1, of the U.S. Constitution, (1685)(1785) to be interpreted.
See: The American College Dictionary meaning to: Indigent, merit, pauperism, poor.
See: Black's Law Dictionary (2009)

## Relief

1. The Plaintiff seeks a copy of an American College Dictionary, published before the year of 1947.

Affidavit of Poverty,
Pursuant to Title 28,
Section 1915, civ.

I, Tyrone Hunt, the Plaintiff, and respectfully states that because of my poverty, that I am unable to pre-pay the costs and/or fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I seek.

Certification of Service

I, Tyrone Hunt, the Plaintiff, and respectfully states that I have upon this 10th day of May, 20, have sent the foregoing complaint to the civil district it, for the Eastern Dist. of Missouri, to make service upon the Atts. for the Defendants, et. al.

Respectfully Submitted,

_____
Plaintiff (Pro-se)
(Tyrone W. Hunt, 1973)

Cln Tyrone Hall
6120 Georgia Ave. N.W. #101
W.D.C., 20011
(202) 893-0397

RECEIVED
MAY 18 2020
BY MAIL

To: Clerk
United States District Court
For the Eastern District of Missouri
At: 111 S. Tenth Street
St. Louis, Missouri
63102